■ MARIAN E. McLAUGHLIN, Individually and as Executrix of D. HUMES McLAUGHLIN, Deceased, Respondent, v. 254 HOLDING CORPORATION et al., Appellants.— Motion to dismiss appeal granted, with $10 costs, unless the appellants argue or submit the appeal during the January 1961 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v. AUGUSTINE A. KENNY.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

## (December 8, 1960)

■ ALBERT KAUFMAN et al., v. ROBERT C. BAKER et al.— Motion for leave to appeal to the Court of Appeals and for a stay pending appeal granted to the extent of granting leave to appeal to the Court of Appeals upon the following question: "Did Special Term and the Appellate Division err as a matter of law by an abuse of discretion in denying the motion to stay this action pending determination of the related action in Delaware?" In all other respects, the motion is denied. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ (A) COLONIAL PAINTING CO. v. BOBEY CORPORATION. (B) COLONIAL PAINTING CO. v. DAVRON CORPORATION.— [In each action] Application granted and the stay contained in the order to show cause, dated October 31, 1960, is continued, pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between ASSOCIATED METALS & MINERALS CORPORATION and KEMIKALIJA.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ PHILIP HANDELMAN v. M. E. OLEN et al.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Was the order of the Appellate Division entered on October 11, 1960 reversing the order of the Supreme Court, New York County, entered on June 3, 1960, properly made as a matter of law?" Settle order on notice. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HORACE SWEET.— Motion to vacate order of this court granted and the order of this court entered on January 14, 1960, dismissing the appeal is vacated and the appeal is reinstated. The assignment of J. Dudley Devine, Esq. as counsel for the defendant-appellant for the purposes of the appeal, contained in the order of this court, entered on April 15, 1958, is vacated and J. Dudley Devine, Esq. is relieved of said assignment. Edwin Deane Leonard, Esq. of 15 Broad Street, New York, N. Y. is assigned as counsel for the defendant-appellant in the place and stead of J. Dudley Devine, Esq. The time of the appellant to perfect the appeal is enlarged up to and including February 28, 1961, with notice of argument for the April 1961 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.